# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 29, 2025

## NO. 03-24-00543-CV

**Murchinson Ltd., Appellant**

**v.**

**Next Frontier Holdings, Inc. and Benuvia, Inc., Appellees**

### APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### REVERSED AND RENDERED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the order signed by the trial court on August 13, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order and renders judgment granting the special appearance and dismissing the claims against appellant. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.